[No. 23322-7-III.  Division Three.  May 11, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. SEVERIANO VILLALOBOZ VALLE, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 04-1-00165-2, John M. Antosz, J., entered July 13, 2004. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, J., and Thompson, J. Pro Tem.

[No. 23637-4-III.  Division Three.  May 11, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. BRAD J. LATHIM, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03937-4, Kathleen M. O'Connor, J., entered November 23, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kulik, J.

[No. 23887-3-III.  Division Three.  May 11, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JEROME E. GRIMES, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-02703-0, Salvatore F. Cozza, J., entered February 25, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 23912-8-III.  Division Three.  May 11, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JEROME E. GRIMES, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-01816-2, Salvatore F. Cozza, J., entered February 25, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Brown, J.